# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, | No. 360 EAL 2015

        Respondent

        Petition for Allowance of Appeal from the Order of the Superior Court

        v.

KEMHYA MICKEL,

        Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.